UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

RICARDO LAZO,

    Plaintiff,

vs.

INTERNATIONAL VILLAGE ASSOCIATION, INC.

    Defendant
_____/

### DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, International Village Association, Inc. ("Defendant"), by and through its undersigned counsel and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby files this Notice of and Petition for Removal (the "Notice"). Defendant requests that the Court accept the removal of this action filed by the Plaintiff, Ricardo Lazo ("Plaintiff"), from the Circuit Court in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division. The removal of this action is based upon the following:

1. On or about April 19, 2019, Plaintiff commenced the action by filing a Complaint in the Circuit Court in and for Broward County, Florida, captioned *Ricardo Lazo vs. International Village Association, Inc.* (the "Circuit Court case"). The Circuit Court case was assigned case number CACE 19-008555. In his Complaint, Plaintiff alleges age discrimination in violation of the Age Discrimination in Employment Act ("ADEA") (Count II) and the Florida Civil Rights Act ("FCRA") (Count I). *See* Plaintiff's Complaint at Exhibit 1.

2. Because Plaintiff alleges violations of federal law (the ADEA), this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331. Thus, this action is removable pursuant to 28 U.S.C. § 1441(a).

3. Plaintiff's purported state law claim under the FCRA falls within the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367 as this claim stems from the same set of facts as, forms part of the same case or controversy as, and is clearly related to, Plaintiff's federal law claim under the ADEA, for which this Court has original jurisdiction.[1]

4. Additionally, Plaintiff effectuated service of process on Defendant on May 2, 2019. Therefore, this Notice has been filed within thirty days after service upon Defendant of the pleading setting forth the claims for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b). *See* Plaintiff's Summons at Exhibit 2.

5. As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant are attached to this Notice at Exhibits 1 and 2.

6. Defendant consents to the removal of this action to federal court.

7. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide promptly written notice of the removal to Plaintiff and will file a copy of this Notice with the Circuit Court in and for Broward County, Florida.

8. The United States District Court for the Southern District of Florida, Fort Lauderdale Division, includes the judicial county in which Plaintiff filed his Complaint. Thus, removal is proper to this Court.

---

[1] Both of Plaintiff's claims stem from his termination of employment. Moreover, both counts of Plaintiff's Complaint incorporate the same set of "factual allegations common to all counts." *See* Exhibit 1 ¶¶ 16, 27.

WHEREFORE, Defendant, International Village Association, Inc., respectfully requests that the United States District Court for the Southern District of Florida accepts the removal of this action from the Circuit Court in and for Broward County, Florida, and directs that the Circuit Court has no further jurisdiction of this matter unless this case is remanded.

Dated: May 31, 2019

Respectfully submitted,

s/ Jason D. Berkowitz
Jason D. Berkowitz, Esq.
Florida Bar No. 0055414
E-mail: *jason@btattorneys.com*
Anisley Tarragona, Esq.
Florida Bar No. 51626
Email: *anisley@btattorneys.com.*
BT LAW GROUP, PLLC
3050 Biscayne Boulevard, Suite 205
Miami, Florida 33137
Telephone: (305) 507-8506
Facsimile: (305) 760-4722
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of May 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the party identified on the below Service List in the manner specified.

s/ Jason D. Berkowitz
Jason D. Berkowitz, Esq.

<u>SERVICE LIST</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No. _____

Rainier Regueiro, Esq.
Email: *rregueiro@rgpattorneys.com*
REMER & GEORGES-PIERRE, PLLC
Comeau Building
319 Clematis Street, Suite 606
West Palm Beach, Florida 33401
Telephone: (561) 225-1970
Facsimile: (305) 416-5005
Attorneys for Plaintiff
Method of Service: Service via CM/ECF